## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

XENA GOODING, on behalf
of herself and on behalf of
all others similarly situated,

    Plaintiff,

v.                              CASE NO.:  8:22-cv-0561-MSS-SPF

AV CONTRACTORS
SERVICES, LLC,

    Defendant.
_____/

### JOINT MOTION FOR APPROVAL OF PARTIES' FLSA SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs, XENA GOODING, CARLOS ROBLES and LIGIA CABEZA. and Defendant, AV CONTRACTORS SERVICES, LLC (collectively, the "Parties"), hereby request for Court approval of the Parties' FLSA Settlement Agreement and for dismissal of this matter with prejudice.  The Parties represent that Plaintiff's attorneys' fees were agreed upon separately and without regard to the amount paid to the Plaintiff.  The Parties further state as follows:

    1.    Plaintiffs filed the instant action alleging that Defendant violated the Fair Labor Standards Act ("FLSA") by failing to pay them overtime compensation.

    2.    To avoid continuing litigation costs, the parties have negotiated a settlement. Because Plaintiffs' lawsuit includes a claim for unpaid overtime wages under the FLSA, the settlement is subject to judicial scrutiny to determine whether the settlement represents a fair compromise of the FLSA unpaid wages claim.  *See*

*Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982). This is because "FLSA rights cannot be abridged by contract or otherwise waived because this would 'nullify the purposes' of the statute in and thwart the legislative policies it was designed to effectuate." *Id.* at 1352, quoting *Barrentine v. Arkansas-Best Freight Sys.*, 450 U.S. 728, 740 (1981). Thus, when litigants propose a compromise of FLSA wage claims, they must present their proposed "compromise to the district court, which 'may enter a stipulated judgment after scrutinizing the settlement for fairness.'" *Dees v. Hydradry, Inc.*, 706 F.Supp.2d 1227, 1235 (M.D. Fla. 2010) quoting *Lynn's Food Stores, Inc.*, 679 F.2d at 1353.

3. Before approving a settlement reached in an FLSA action, a Court must determine that the settlement is a "fair and reasonable" resolution of a bona fide dispute under the FLSA. *See Lynn's Food Stores*, 679 F. 2d at 1350. The parties agree, acknowledge, and represent to the Court that the settlement reached between them represents a "fair and reasonable" resolution of Gooding's, Robles', and Cabeza's FLSA claims against Defendant.

4. The Settlement Agreement between the Parties and attached hereto represents a fair and reasonable resolution to a bona fide dispute between the Parties. The amounts and terms of the FLSA overtime wage settlement are set forth in the Settlement Agreements attached hereto as **Exhibits A, B and C**.

5. Additionally, all fees in this matter were negotiated separately and apart from the amount that was negotiated for Gooding, Robles and Cabeza to recover for their overtime wages claims.

6.      Accordingly, the parties request that this Court approve the attached settlement agreement negotiated and entered into by the parties and dismiss this action with prejudice.

Dated this 28th Day of November, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Luis A. Cabassa | /s/ Jayson T. Zortman |
| **LUIS A. CABASSA** | **Jayson T. Zortman** |
| Florida Bar No.: 0053643 | Florida Bar No. 0462594 |
| E-mail: lcabassa@wfclaw.com | Email: jtzortman@hotmail.com |
| | |
| **WENZEL FENTON CABASSA, P.A.** | **THE LAW OFFICE OF JAYSON ZORTMAN** |
| 1110 N. Florida Avenue, Suite 300 | 238 N. Westmonte Drive |
| Tampa, Florida 33602 | Altamonte Springs, FL 32714 |
| Tel: (813) 224-0431 | Tel: (407) 863-1883 |
| Fax: (813) 229-8712 | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Jayson T. Zortman, Esq.
The Law Office of Jayson Zortman
238 N. Westmonte Drive
Altamonte Springs, FL 32714
Email: jtzortman@hotmail.com

*/s/ Luis A. Cabassa*
**LUIS A. CABASSA**